Robert Austin Wells, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Tyler, TX, for Defendants-Appellees

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM:*

Willie Jefferson, federal prisoner # 15721-018, is barred from proceeding in forma pauperis (IFP) under 28 U.S.G. § 1915(g) because, on at least three prior occasions while incarcerated, he has brought an action or appeal in a court of the United States that was dismissed as frivolous or for failure to state a claim upon which relief could be granted. *See Jefferson v. Ofodile*, No. 1:99-CV-2916 (N.D. Ga. May 18, 2000); *Jefferson v. Ofodile*, No. 00-12844 (11th Cir. Dec. 18, 2000); and *Jefferson v. Castro*, No. 06-11838 (11th Cir. Aug. 17, 2006). Jefferson has not demonstrated that he is "under imminent danger of serious physical injury." § 1915(g). Thus, the district court improvidently granted Jefferson leave to proceed IFP on appeal.

Accordingly, Jefferson's IFP status is decertified, and the appeal is dismissed. Jefferson has 15 days from the date of this opinion to pay the full appellate filing fee to the clerk of the district court, should he wish to reinstate his appeal.

IFP DECERTIFIED; APPEAL DISMISSED

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**UNITED STATES of America, Plaintiff-Appellee**

v.

**Luis Alonso PINEDA-URQUIA, also known as Luis Alonso Pineda-Urquilla, Defendant-Appellant**

**No. 16-40042**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed May 30, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Luis Alonso Pineda-Urquia, Pro Se

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Luis Alonso Pineda-Urquia has moved for leave to withdraw and has filed original and supplemental briefs in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Pineda-Urquia

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.